COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION TO RECONSIDER MOTION FOR REHEARING EN BANC

Cause number:  01-18-01057-CV

Style:      *Mosaic Baybrook One, L.P., Mosaic Baybrook Two, L.P., and Mosaic Residential, Inc. v. Tammy Cessor*

Type of motion:    Motion for rehearing

Party filing motion:      Appellants


IT IS ORDERED that the motion to reconsider the motion for rehearing en banc is **denied**.



Judge's signature:  __/s/ Gordon Goodman_____


En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.



Date: April 20, 2021